**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BAHAMAS SALES ASSOCIATE, LLC,

        Plaintiff,

vs.                                                    Case No. 3:08-cv-1012-J-32MCR

DONALD CAMERON BYERS,

        Defendant.

---

DONALD CAMERON BYERS,

        Counterclaim Plaintiff,

vs.

BAHAMAS SALES ASSOCIATE, LLC, et al.,

        Counterclaim Defendants.

---

**ORDER**

This case is before the Court on Counterclaim Defendants' Motion to Stay Discovery (Doc. 104). The Court finds that Counterclaim Defendants have not shown good cause to stay discovery or that such a stay would be reasonable, nor is the Court convinced that the entire case would be disposed of if the pending motion to dismiss (Doc. 89) is granted. See Feldman v. Flood, 176 F.R.D. 651, 652-53 (M.D. Fla. 1997). Accordingly, it is hereby

**ORDERED**:

Counterclaim Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss (Doc. 104) is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of December, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

jmm.
Copies:
counsel of record