UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BAHAMAS SALES ASSOCIATE, LLC,

    Plaintiff,                                      Case No. 3:08-cv-1012-J-32JRK

v.

DONALD CAMERON BYERS,

    Defendant.
_____/

DONALD CAMERON BYERS,

    Counterclaim Plaintiff,

v.

BAHAMAS SALES ASSOCIATE, LLC,

    Counterclaim Defendant.
_____/

**MEDIATOR'S REQUEST FOR ADJOURNMENT OF MEDIATION AND
ACTIVITATION OF CASE, WITH THE SUGGESTION OF RE-REFERRAL
ONCE PLEADINGS ARE ISSUED AND ADEQUATE DISCOVERY IS
PERFORMED TO ALLOW FOR WELL INFORMED FACTUAL AND LEGAL
DECISION PROCESS LEADING TO SETTLEMENT OR JUDICIAL DETERMINATION**

       Pursuant to the Court's order of September 19, 2014, mediations occurred on November 19, 2014 (relative to coverage concerns) and December 18, 2014 (as to the case in chief). Subsequent to those events, efforts were undertaken to create limited document and testamentary exchanges with the hope of providing an adequate factual and legal predicate for informed settlement decision making. Despite best efforts by all, an adequate context was unable to be achieved with appropriate validators to advance productive settlement explorations amongst the parties.

       At this time, consistent with this Court's order of September 19, 2014, it is the mediator's belief that the best interest of all parties will be fulfilled through the adjournment of this mediation, reactivation of the case for placing pleadings at issue. It is further suggested that

there be a status conference with counsel and that a scheduling order be implemented to maximize clarity and efficiency in moving forward.

Once discovery is completed (including the resolution of any disputes relating thereto) or as soon as the parties jointly agree that sufficient discovery has been completed to allow informed settlement decision making, it is suggested that referral again be made to mediation. This will allow a well-informed factual and legal analysis resulting either in the settlement, or the exercise of a choice resulting in judicial resolve.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic transmission to Dana Ballinger, Esquire (dballinger@ballingerlawoffice.com); Robert P. Alpert, Esquire (ralpert@mmmlaw.com); Patrick Lowther, Esquire (plowther@mmmlaw.com); Michael Tanner, Esquire (mtanner@tannerbishop.com); and Stephen J. Kastenberg, Esquire (kastenberg@ballardspahr.com), this ____ day of March, 2015.

Terrence M. White, Mediator
Mediator No. 1669RA
Upchurch Watson White & Max
125 South Palmetto Avenue
Daytona Beach, FL 32114
386-253-1560 / 386-255-7722