# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BAHAMAS SALES ASSOCIATE, LLC,

     Plaintiff,

v.                                                                                    Case No:   3:08-cv-1012-J-32JRK

DONALD CAMERON BYERS,

     Defendant.

_____

DONALD CAMERON BYERS

     Counterclaim Plaintiff,

v.

BAHAMA SALES ASSOCIATE, LLC,
et al.,

     Counterclaim Defendants,

v.                                                                                    Case No:   3:08-cv-1012-J-32JRK

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON, subscribing to
Policy Numbers MBB0651789A07,
MBB0751789A08, MBB0851789A09,
and MBB1051789A10, and NUTMEG
INSURANCE COMPANY,

     Third Party Defendants

_____

# O R D E R [1]

The Court granted Defendants' Motions to Dismiss in part, denied the Motions in part, and sent the parties to mediation. (Doc. 224). The mediator has continued the mediation for now. (Doc. 232).

Accordingly, it is hereby

**ORDERED:**

1.    Plaintiffs have until **April 3, 2015** to file a Second Amended Master Complaint.

2.    Defendants should respond to the Second Amended Master Complaint no later than **April 27, 2015**.

3.    The parties should file a joint proposed schedule for the remainder of this case no later than **April 27, 2015**.

4.    This case is set for a status conference on **May 1, 2015 at 11:00 a.m.** in Jacksonville Courtroom 10D.[2] At the status conference, the Court intends to discuss appropriate deadlines for this case as well as how to properly proceed with discovery.

---

[1] Per the Court's prior Order (Doc. 152) this Order will only be filed in this case. However, the Order applies to the other consolidated cases as well: Bahama Sales Assoc., LLC v. Willis, 3:08-cv-1062-J-32JRK; Webb v. Ginn Fin. Servs., 3:09-cv-516-J-32JRK; Bailey v. ERG Enters., LP, 3:10-cv-422-J-32JRK; Taliaferro v. ERG Enters., LP, 3:11-cv-199-J-32JBT; and Taglia v. ERG Enters., LP, 3:12-cv-731-J-32JBT.

[2] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

Third Party Plaintiffs should serve this Order on Third Party Defendants so they can attend the status conference as well. The current stay of discovery remains in place.

     5.     The Clerk should re-open the file.

     **DONE AND ORDERED** in Jacksonville, Florida the 13th day of March, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies:

Counsel of record