# APPENDIX OF EXHIBITS