**REDACTED**

FRED A REEPING
AMY D REEPING

Date 4/29/10

Pay to the Order of Dana Ballinger                    $ 3500.00

Three thousand five hundred and ____ 00/100 Dollars

USSCO
Federal Credit Union
Johnstown PA 15904 (814) 539-4400

For Attorney Giving

Jackson DC000144

**REDACTED**



BERNARD J. SHAUGHNESSY, JR.
MELISSA J. SHAUGHNESSY

6/22/10
Date

PAY to the order of _Ballenger Law Office_ $ 1,333. 33

One Thousand Three Hundred Thirty-three and 33/100 Dollars

**Citizens Bank**
Pennsylvania

For _Jackson/Gun_

Bernard J Shaughnessy Jr

**REDACTED**

FRED A REEPING
AMY D REEPING

Date 6/25/10

Pay to the Order of Devra L. Ballinger Law Office        $ 1,333.33

One Thousand Three hundred Thirty Three and 33/100 Dollars

USSCO
Federal Credit Union
Johnstown, PA 15904   (814) 535-4500

For Jackson Group

©LIBERTY

Jackson DC000147

**REDACTED**

ORIGINAL CHECK HAS A COLORED BACKGROUND WITH A MICRO PRINTED SIGNATURE LINE

JAMES W JACKSON

CHECK NO. ▮▮▮▮

07/14/10

VOID VOID VOID VOID VOID VOID

For Credit to Account # JACKSON GROUP/GINN

$*****501.72

FIVE HUNDRED ONE DOLLARS AND SEVENTY-TWO CENTS************************************************

Deutsche Bank Trust Company Delaware
Wilmington, Delaware

VOID AFTER 180 DAYS
920098068

001 001 201568

DANA L. BALLINGER
BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL FL 33957-4917

PAY
TO
THE
ORDER
OF

Jackson DC000148

**REDACTED**

FRED A REEPING
AMY D REEPING

Date: 7/13/10

Pay to the Order of: Dana L. Ballinger Law Office    $ 501.72

Five hundred and one and ————— 72/100 Dollars

USSCO

For: Jackson Group

Jackson DC000149

# REDACTED



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: PAYMENT** $501.72

Please Direct Any Questions
To:
Online Bill Payment Processing Center
(800) 243-2506

MELISSA J SHAUGHNESSY

CITIZENS BANK

**July 22, 2010**

MEMO: Jackson Group/Ginn

Pay FIVE HUNDRED ONE AND 72/100 ————————— **DOLLARS**

$ *******501.72

To
The
Order
Of

BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

Jackson DC000150

# REDACTED



JAMES W JACKSON

CHECK NO. ▮▮▮▮

08/06/10

For Credit to Account # JACKSON GROUP/GINN

$****1013.68

ONE THOUSAND   THIRTEEN DOLLARS AND SIXTY-EIGHT CENTS*********************************************

Deutsche Bank Trust Company Delaware
Wilmington, Delaware

VOID AFTER 180 DAYS
932291670

001 001 201408

PAY
TO
THE
ORDER
OF

DANA L. BALLINGER
BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL FL 33957-4917

ORIGINAL CHECK HAS A COLORED BACKGROUND WITH A MICRO PRINTED SIGNATURE LINE

Jackson DC000151

# REDACTED



FRED A REEPING
AMY D REEPING

8/8/10

Date

Pay to the Order of ___Dana Bellinger___ | $ 1,013.68

One thousand thirteen and ——— 68/100 Dollars

USSCO
Federal Credit Union
Johnstown, PA 15901  (814) 535-1600

For ___Jackson Group___

MP

Jackson DC000152

# REDACTED



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: PAYMENT**  $1,013.68

MELISSA J SHAUGHNESSY

Please Direct Any Questions
To:
**Online Bill Payment Processing Center**
(800) 243-2506

CITIZENS BANK

**August 20, 2010**

MEMO: Jackson Group

Pay ONE THOUSAND THIRTEEN AND 68/100 ---------------------------------------- **DOLLARS**

$ *****1,013.68

To
The
Order
Of

BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER.

Jackson DC000154

# REDACTED



Account: **PAYMENT**

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**$1,333.33**

MELISSA J SHAUGHNESSY

Please Direct Any Questions To:
Online Bill Payment Processing Center
(800) 243-2508

CITIZENS BANK

**September 20, 2010**

MEMO: Shaughnessy, Jackson, Reeping, Gin

Pay **ONE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100** -------------------------------- **DOLLARS**

$ \*\*\*\*\*1,333.33

To The Order Of

BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

Jackson DC000156

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W. JACKSON

CHECK NO.

09/24/10

For Credit to Account # JACKSON GROUP/GINN

ONE THOUSAND THREE HUNDRED THIRTY THREE AND 34/100 DOLLARS************************************

$*****1,333.34

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS

957159381

FPGN19245 001843 Sm#.01955 01/01 PRX957159381

DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957-4917

WAY
O
HE
RDER
F

Jackson DC000160

**REDACTED**



FRED A REEPING
AMY D REEPING

Date: 12/4/10

Pay to the Order of: Ballinger Law Office          $ 1,393.98

One Thousand Three hundred thirty Three and 98/100 Dollars

USSCO
Federal Credit Union
Johnstown, PA 15904   (814) 535-4640

For: Jackson Group (Gin)

Jackson DC000163

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. █████████

10/22/10

For Credit to Account # JACKSON GROUP/GINN

ONE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100 DOLLARS**************************************

$*****1,333.33

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS

972017565

PP#R1A228 005685 Em-#-04/788 01/01 PRX972017565

DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957-4917

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back

Jackson DC000165

**REDACTED**



FRED A REEPING
AMY D REEPING

11/15/10
Date

Pay to the Order of ___ Ballinger Law Office ___ $ 1,333.33

One Thousand Three hundred thirty three and ___ 33/100 Dollars

USSCO
Federal Credit Union
Johnstown, PA 15906, (814) 535-4848

For ___ (Sim) Jackson Group ___                MP

© LIBERTY

Jackson DC000168

**REDACTED**

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. ████████

11/16/10

VOID VOID VOID

For Credit to Account # JACKSON GROUP/GINN
ONE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100 DOLLARS**************************************

$*****1,333.33

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS

964827908

PP0N1818D 015702 Env#:12013 01/01 PRX964827908

DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957-4917

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back

Jackson DC000169

# REDACTED



| Account: | **PAYMENT** | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | $1,333.33 |

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURES, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

MELISSA J SHAUGHNESSY

Please Direct Any Questions
To:
Online Bill Payment Processing Center
(800) 243-2508

CITIZENS BANK

November 30, 2010

MEMO: Jackson group

Pay ONE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100 --------------------------------- **DOLLARS**

$ *****1,333.33

To
The
Order
Of

BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

|ll_ll_l_llll_ll_ll_l_lll_ll_ll_lll_ll_l_ll_lll_ll_lll

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICROTYPE WHICH WILL NOT REPRODUCE ON A COPIER.

Jackson DC000170

# REDACTED



FRED A REEPING
AMY D REEPING

Date 12/15/10

Pay to the Order of Ballinger Law Office

$ 1,333.33

One Thousand Three hundred thirty three and 33/100 Dollars

USSCO

Jackson DC000171

**REDACTED**

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. ████████

12/21/10

For Credit to Account # JACKSON GROUP/GINN
ONE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100 DOLLARS************************************

$*****1,333.33

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS
1003055050

PPGN1C21D 011363 Env#.08546 01/01 PR1003055050
DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957-4917

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back

Jackson DC000172

# REDACTED

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** **PAYMENT**    $1,333.33

MELISSA J SHAUGHNESSY

Please Direct Any Questions
To: Online Bill Payment Processing Center
(800) 243-2508

**December 28, 2010**

CITIZENS BANK

**MEMO:** Jackson Group

Pay **ONE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100 --------------------------------**    **DOLLARS**

$ *****1,333.33

To
The
Order
Of

BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO TYPE WHICH WILL NOT REPRODUCE ON A COPIER.

Jackson DC000173

REDACTED

FRED A REEPING
AMY D REEPING

1/26/11 Date

Pay to the Order of  Ballinger Law Office  $ 1,333.37

One thousand three hundred thirty three and 37/100 Dollars

USSCO
Federal Credit Union (814) 535-4040
Johnstown, PA 15904

For  Gary Jackson(Grey)  Invoice #008

Jackson DC000174

# REDACTED



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

**Account: PAYMENT**   PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER   **$1,333.33**

MELISSA J SHAUGHNESSY

Please Direct Any Questions To:
Online Bill Payment Processing Center
(800) 243-2508

**January 31, 2011**

CITIZENS BANK

MEMO: Jackson Group

Pay **ONE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100** -------------------------------   **DOLLARS**

$ | *****1,333.33 |

To
The
Order
Of

BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER.

Jackson DC000175

**REDACTED**

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JACK W. JACKSON

CHECK NO.

02/08/11

For Credit to Account # JACKSON GROUP/GINN
ONE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100 DOLLARS*********************************************

$*****1,333.33

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS

1029630058

DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Jackson DC000176

**REDACTED**



Jackson DC000177

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. ████████

02/22/11

For Credit to Account # JACKSON GROUP/GINN
EIGHT HUNDRED EIGHTY SIX AND 26/100 DOLLARS*********************************************

$*******886.26

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS

1036789038

PPGN12230 013922 Env#:10229 01/01 PR1036789038
DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Jackson DC000178

**REDACTED**

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** **PAYMENT** $886.26

MELISSA J SHAUGHNESSY

Please Direct Any Questions
To:
Online Bill Payment Processing Center
(800) 243-2508

CITIZENS BANK

**February 28, 2011**

MEMO: Jackson Group

Pay **EIGHT HUNDRED EIGHTY SIX AND 26/100** ------------------------------------------------- **DOLLARS**

$ *******886.26

To
The
Order
Of

BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER.

Jackson DC000179

**REDACTED**

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK. DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK.

JAMES W JACKSON

CHECK NO. ▮▮▮▮▮

03/10/11

For Credit to Account # JACKSON GROUP/GINN
ONE THOUSAND THREE HUNDRED TWENTY AND 86/100 DOLLARS*******************************************

$*****1,320.86

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS
1046909373

PPGN13118 C06022 Env#04891 01/01 PR1046909373
DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back

Jackson DC000180

**REDACTED**



FRED A REEPING
AMY D REEPING

3/4/11  Date

Pay to the Order of Ballinger Law Office     $ 1320.86

One thousand threehundred twenty and ——— 86/100 Dollars

USSCO
Federal Credit Union
Johnstown, PA 15904   (814) 535-4840

For Jackson Group (Gincase)

Jackson DC000181

# REDACTED



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE), MICRO-PRINT BORDER.

**Account:** PAYMENT

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**$1,320.86**

MELISSA J SHAUGHNESSY

Please Direct Any Questions
To:
Online Bill Payment Processing Center
(800) 243-2508

CITIZENS BANK

**March 30, 2011**

MEMO: Jackson Group

Pay **ONE THOUSAND THREE HUNDRED TWENTY AND 86/100** -------------------------------------------------- **DOLLARS**

$ | ******1,320.86

>29424 7878480 001 080005

To
The
Order
Of

BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER

Jackson DC000182

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

████████████

CHECK NO. ████████████

06/10/11

For Credit to Account # JACKSON GROUP/GINN
FOUR HUNDRED TWENTY AND 8/100 DOLLARS*********************************************************

$*******420.08

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS
1096030851

PPGN1611B 008125 Env#.08216 01/01 PR1096030851

DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back



Jackson DC000183

# REDACTED



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: PAYMENT** $420.08

Please Direct Any Questions
To: Online Bill Payment Processing Center
(800) 243-2508

MELISSA J SHAUGHNESSY

CITIZENS BANK

**June 20, 2011**

MEMO: Jackson Group

Pay FOUR HUNDRED TWENTY AND 08/100 -------------------------------------------------- **DOLLARS**

$ *******420.08

>26664 7949195 001 080005
BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

To
The
Order
Of

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER.

Jackson DC000185

# REDACTED



FRED A REEPING
AMY D REEPING

6/19/11
Date

Pay to the Order of  Ballinger Law Office $ 420.09

four hundred twenty and 09/100 Dollars

USSCO
Federal Credit Union
Johnstown, PA 15904 (814) 535-4043

For  My invoice (Jackson group)

Jackson DC000184

# REDACTED



**FRED A REEPING**
**AMY D REEPING**

Date 12/19/11

Pay to the Order of: Ballinger Law Office   $ 1295.08

One thousand two hundred ninty five and ——— 7/100 Dollars

**USSCO**
Inland Credit Union
Johnstown, PA 15904  (814) 535-4545

For: Jackson Group #012

Jackson DC000186

# REDACTED



| | | |
|---|---|---|
| Account: | **PAYMENT** | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER |

**$1,295.08**

MELISSA J SHAUGHNESSY

Please Direct Any Questions
To:
Online Bill Payment Processing Center
(800) 243-2508

CITIZENS BANK

**December 30, 2011**

MEMO: Jackson Group

PayONE THOUSAND TWO HUNDRED NINETY FIVE AND 08/100 ----------------------------------- **DOLLARS**

$ *****1,295.08

To
The
Order
Of

>06172 8124955 001 080005  00001/00001
BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

**REDACTED**



FRED A REEPING
AMY D REEPING

2/4/13

Pay to the
Order of  Ballinger Law Office          $ 1362.33

One Thousand Three hundred sixty-two and  33/100  Dollars

USSCO
Federal Credit Union
Johnstown, PA 15904  (814) 536-4040

For  Jackson Greno  Re zault

Jackson DC000188

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. ███████

02/05/13

For Credit to Account # JACKSON GROUP/GINN

ONE THOUSAND THREE HUNDRED SIXTY TWO AND 32/100 DOLLARS**************************************

$*****1,362.32

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS
1420522435

PPGN1205C 004476 Env#03561 01/01 PR1420522435

DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back

Jackson DC000191

# REDACTED



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** **PAYMENT**                                    $1,362.33

Please Direct Any Questions
To:
Online Bill Payment Processing Center
(800) 243-2508

MELISSA J SHAUGHNESSY

Orp.
4-9-13

CITIZENS BANK                                    **March 11, 2013**

MEMO: Ginn

Pay ONE THOUSAND THREE HUNDRED SIXTY TWO AND 33/100 -------------------------    **DOLLARS**

$ *****1,362.33

04645 1 AT 0.384    3-D    339
>04645 2355268 001 080005    00001/00001
BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

To
The
Order
Of

Void After  180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICROTYPE WHICH WILL NOT REPRODUCE ON A COPIER

Jackson DC000193

**REDACTED**



THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. ███████

10/28/13

For Credit to Account # JACKSON GROUP/GINN
TWO THOUSAND FOUR HUNDRED SEVEN AND 54/100 DOLLARS************************************************

$*****2,407.54

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS

1543391517

PPGN1A29B 006339 Env#05031 02/02 PR1543391517
DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back

Jackson DC000195

# REDACTED



JAMES W JACKSON

CHECK NO.

10/28/13

For Credit to Account # JACKSON GROUP/GINN
EIGHT HUNDRED THIRTY TWO AND 47/100 DOLLARS**************************************************

$*******832.47

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS
1543301618

PPGN1A29B 005338 Env#05031 0162 PR154391518

DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Security Features Details on Back

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VIEW

**REDACTED**

BERNARD J SHAUGHNESSY
D/B/A JOSTENS

Date 11/10/13

Pay to the Order of Ballenger Law Office    $2,407.54

Two Thousand Four Hundred Seven and 54/100

**PNCBANK**

PNC Bank, N.A.   001
Pittsburgh, PA

For Jackson Group

Bernard J Shaughnessy

Jackson DC000200

# REDACTED



Jackson DC000201

# REDACTED



Jackson DC000204

**REDACTED**

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

| Account: | **PAYMENT** | | $832.47 |
|---|---|---|---|

Please Direct Any Questions To

Online Bill Payment Processing Center
(800) 243-2508

MELISSA J SHAUGHNESSY

**January 10, 2014**

CITIZENS BANK

MEMO: Jackson Group replentishment

Pay **EIGHT HUNDRED THIRTY TWO AND 47/100** ------------------------------------------------------------------- **DOLLARS**

$ |  *******832.47 |

| TO | BALLINGER LAW OFFICE |
| THE | 747 WINDLASS WAY |
| ORDER | SANIBEL, FL 33957-4917 |
| OF | |

Void After 180 DAYS.

*Signature On File*
This check has been authorized
by your depositor

Jackson DC000205

# REDACTED



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: PAYMENT**                                                $2,224.05

Please Direct Any Questions To

Online Bill Payment Processing Center
(800) 243-2508

MELISSA J SHAUGHNESSY

**April 16, 2014**

CITIZENS BANK

MEMO: Jackson Group

Pay TWO THOUSAND TWO HUNDRED TWENTY FOUR AND 05/100 --------------------------    **DOLLARS**

$ |*****2,224.05|

TO       BALLINGER LAW OFFICE
THE      747 WINDLASS WAY
ORDER    SANIBEL, FL 33957-4917
OF       ||ılıllıılılılıldılılılıdılıldılılılılaamlllıalıldılıdılaalıll

Void After  180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER.

Jackson DC000209

# REDACTED



Jackson DC000211

# REDACTED



FRED A REEPING
AMY D REEPING

4/10/14

Date

Pay to the Order of Ballinger Law Offices

$ 2,224.06

Two Thousand two hundred twenty four and —00/100 Dollars

USSCO
Federal Credit Union
Johnstown, PA 15904 (814) 535-9545

For Jackson Group 1/2

045

MP

LIBERTY

Jackson DC000213

**REDACTED**



DOCUMENT CONTAINING COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:  PAYMENT**                                                                    **$1,333.33**

Please Direct Any Questions To

Online Bill Payment Processing Center
(800) 243-2508

MELISSA J SHAUGHNESSY

**CITIZENS BANK**                                                **May 15, 2014**

MEMO: Jackson Group

ay  ONE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100 -------------------------------------     **DOLLARS**

$ | *****1,333.33

TO      BALLINGER LAW OFFICE
THE     747 WINDLASS WAY                                          Void After  180 DAYS.
ORDER   SANIBEL, FL 33957-4917                                    *Signature On File*
OF       իլիւմիկիկսվիիմիկիմիիկիիմիիկիիմիիսկիի                       This check has been authorized
                                                                  by your depositor

Jackson DC000215

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. ███████

05/20/14

For Credit to Account # JACKSON GROUP/GINN
TWO THOUSAND SIX HUNDRED SIXTY SIX AND 66/100 DOLLARS***********************************

$*****2,666.66

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS
1637146015

PPGN15218 003592 Env#02957 01/01 PR1637146015
DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back

Jackson DC000217

# REDACTED



FREDERICK A REEPING
AMY T REEPING

DATE 5/20/14

PAY TO THE
ORDER OF Ballinger Law Offices

$ 1,333.33

One thousand Three hundred thirty Three and 33/100 DOLLARS

Somerset
Trust COMPANY
Somerset, PA 15501
www.somersettrust.com

MEMO invoice # 016

Jackson DC000219

# REDACTED



FREDERICK A REEPING
AMY T REEPING
███████████

DATE 6/13/14

PAY TO THE
ORDER OF Ballinger Law Offices | $ 1333.33

One thousand Three hundred thirty three and —33/100 DOLLARS

Somerset
Trust COMPANY
Somerset, PA 15501
www.somersettrust.com

MEMO Jackson Group

Frederick A Reeping

MP

Jackson DC000221

# REDACTED

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:   PAYMENT**                                          **$1,333.33**

Please Direct Any Questions To

Online Bill Payment Processing Center
(800) 243-2508

MELISSA J SHAUGHNESSY

**June 19, 2014**

CITIZENS BANK

MEMO: Jackson Group

Pay <u>ONE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100 --------------------------------</u>     **DOLLARS**

$ | *****1,333.33

| | |
|---|---|
| TO | BALLINGER LAW OFFICE |
| THE | 747 WINDLASS WAY |
| ORDER | SANIBEL, FL 33957-4917 |
| OF | |

Void After  180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-CODE WHICH WILL NOT REPRODUCE ON A COPY

Jackson DC000223

**REDACTED**

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. ███████

07/08/14

For Credit to Account # JACKSON GROUP/GINN
ONE THOUSAND TWO HUNDRED TWO AND 6/100 DOLLARS********************************************************

$*****1,202.06

Deutsche Bank Trust Company Delaware

PPGN1709B  003854  Env# 03071  01/01  PR1659039431
DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

VOID AFTER 180 DAYS

1659039431

Security
Features
Details on
Back

Jackson DC000225

# REDACTED



Jackson DC000227

# REDACTED

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

**PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER**

**Account:** **PAYMENT**                                            **$1,202.06**

Please Direct Any Questions To

MELISSA J SHAUGHNESSY

Online Bill Payment Processing Center
(800) 243-2508

**MEMO: Jackson Group**

CITIZENS BANK

**August 06, 2014**

Pay **ONE THOUSAND TWO HUNDRED TWO AND 06/100** ----------------------------------------        **DOLLARS**

**$** | **\*\*\*\*\*1,202.06**

| TO | BALLINGER LAW OFFICE |
| THE | 747 WINDLASS WAY |
| ORDER | SANIBEL, FL 33957-4917 |
| OF | |

Void After 180 DAYS
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER.

Jackson DC000231

**REDACTED**

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** PAYMENT

$2,561.52

Please Direct Any Questions To

Online Bill Payment Processing Center
(800) 243-2508

MELISSA J SHAUGHNESSY

CITIZENS BANK

**October 27, 2014**

**MEMO:** Jackson Group

Pay <u>TWO THOUSAND FIVE HUNDRED SIXTY ONE AND 52/100 -----------------------------------</u>    **DOLLARS**

$ | *****2,561.52

|     | BALLINGER LAW OFFICE |
| TO | |
| THE | 747 WINDLASS WAY |
| ORDER | SANIBEL, FL 33957-4917 |
| OF | |

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

Jackson DC000235

# REDACTED



FRED A REEPING
AMY D REEPING

10/18/14

Pay to the Order of: Ballinger Law Office

$ 2,561.51

Two Thousand Five hundred sixty one and — 51/100 Dollars

USSCO
Federal Credit Union
Johnstown, PA 15904 (814) 536-4640

For: Jackson Group 1/3

Jackson DC000233

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. ███████



10/22/14

For Credit to Account # JACKSON GROUP/GINN

TWO THOUSAND FIVE HUNDRED SIXTY ONE AND 51/100 DOLLARS**********************************************

$*****2,561.51

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS

1706731467

PPGN1A23B 002969 Env# 02482 01/01 PR1706731467

DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Scott W. Bahm



Jackson DC000237

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON
222 CHURCH STREET
TURTLE CREEK, PA 15145-1943

CHECK NO. ▮▮▮▮▮

06/10/15

For Credit to Account # JACKSON GROUP/GINN
ONE THOUSAND SIX HUNDRED SIXTY SIX AND 67/100 DOLLARS*****************************************

$*****1,666.67

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS
1811974252

PPGN1611B 003226 Env# 02557 02/02 PR1811974252
DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back

Jackson DC000239

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. ▮▮▮▮▮▮▮

06/10/15

For Credit to Account # JACKSON GROUP/GINN

FOUR THOUSAND TWO HUNDRED THREE AND 73/100 DOLLARS*****************************************

$*****4,203.73

Deutsche Bank Trust Company Delaware

PPGN1611B 003227 Env#02557 01/02 PR1811974253

DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

VOID AFTER 180 DAYS
1811974253



Security
Features
Details on
Back

# REDACTED



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

| | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | |
|---|---|---|
| **Account:** **PAYMENT** | | $1,666.66 |

Please Direct Any Questions To

Online Bill Payment Processing Center
(800) 243-2508

MELISSA J SHAUGHNESSY

CITIZENS BANK

**June 10, 2015**

MEMO: Cost Retainer – Jackson group

Pay ONE THOUSAND SIX HUNDRED SIXTY SIX AND 66/100 ------------------------------- **DOLLARS**

$ *****1,666.66

TO THE ORDER OF

BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

Jackson DC000243

# REDACTED



FRED A REEPING
AMY D REEPING

Date 7/9/15

Pay to the Order of Ballinger Law Office  $ 4,203.73

Four thousand two hundred three and 73/100 Dollars

USSCO
Federal Credit Union
Johnstown, PA 15904  (814) 535-4646

For 1/3 Jackson Group

Jackson DC000245

**REDACTED**

| | | |
|---|---|---|
| **Account:** **PAYMENT** | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | **$4,203.73** |

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Please Direct Any Questions To

Online Bill Payment Processing Center
(800) 243-2506

MELISSA J SHAUGHNESSY

CITIZENS BANK

**July 13, 2015**

MEMO Jackson Group

Pay FOUR THOUSAND TWO HUNDRED THREE AND 73/100 ———————————————— **DOLLARS**

$ \*\*\*\*\*4,203.73

TO THE ORDER OF
BALLINGER LAW OFFICE
747 WINDLASS WAY
SANIBEL, FL 33957-4917

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

Jackson DC000248

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. ███████

10/13/15

For Credit to Account # JACKSON GROUP/GINN
TWO THOUSAND SIX HUNDRED SIXTY SIX AND 66/100 DOLLARS************************************************

$*****2,666.66

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS
1887447583

PPGN1A148 006196 Env# 04864 01/01 PR1887447583
DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back

Jackson DC000249

# REDACTED

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK · DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

JAMES W JACKSON

CHECK NO. 

10/26/15

For Credit to Account # JACKSON GROUP/GINN
SIX HUNDRED SIXTY SIX AND 67/100 DOLLARS**********************************************

$*******666.67

Deutsche Bank Trust Company Delaware

VOID AFTER 180 DAYS
1873055658

PPGN1A27B 004997 Env#03090 01/01 PR1873055658
DANA L. BALLINGER
Ballinger Law Office
747 Windlass Way
Sanibel, FL 33957

PAY
TO
THE
ORDER
OF

Security
Features
Details on
Back



Jackson DC000251

# REDACTED



FREDERICK A REEPING
AMY T REEPING

DATE 10/27/15

PAY TO THE
ORDER OF Ballinger Law Office          $ 3333.33

Three Thousand Three hundred Thirty Three and 33/xx DOLLARS

← Heat Reactive Ink

Somerset
Trust COMPANY
Somerset, PA 15501
www.somersettrust.com

MEMO Gia

# REDACTED



Jackson DC000257