
IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BAHAMAS SALES ASSOCIATE, LLC,

Plaintiff,

v.   Case No: 3:08-cv-1012-J-32JRK

DONALD CAMERON BYERS,

Defendant.

_____

DONALD CAMERON BYERS,

Counterclaim Plaintiff,

v.

BAHAMAS SALES ASSOCIATE, LLC, et al.,

Counterclaim Defendants,

v.   Case No: 3:08-cv-1012-J-32JRK

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, subscribing to Policy Numbers MBB0651789A07, MBB0751789A08, MBB0851789A09, and MBB1051789A10, and NUTMEG INSURANCE COMPANY,

Third Party Defendants

_____

**BALLINGER LAW AND SIMON PLC PLAINTIFFS' NOTICE OF FILING EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Ballinger Law and Simon PLC Plaintiffs[1] ("Plaintiffs") filed their Opposition to Defendants' Motion for Summary Judgment on December 23, 2016 (Dkt. 550).  In accordance with this Court's December 28, 2016 Order (Dkt. 556), Plaintiffs file Exhibits 1 through 243 in support of Plaintiffs' Opposition.

December 29, 2016                              s/ Dana L. Ballinger

Dana L. Ballinger – Trial Counsel
*Attorney for Ballinger Law Plaintiffs /
Counterclaim Plaintiffs*
Florida Bar No. 35278
BALLINGER LAW OFFICE
747 Windlass Way
Sanibel, Florida 33957
(239) 395-7672
dballinger@ballingerlawoffice.com


*/s/ F. Brett Baccari*
SIMON PLC
F. Brett Baccari
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301

John Polderman (admitted *pro hac vice*)
37000 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304

*Attorneys for Plaintiffs David Jankowski, Kevin Crawford and Edward Webb*

---

[1] The Ballinger Law Plaintiffs are William J. Andrews, Jr.; Mark R. Roodvoets; Jon D. Andrews; Charles B. Lesesne; Mark F. Bailey; Beachfront Holdings & Investments, Ltd.; Stephen D. Ponsler; Assed F. Kalil; Steven R. Bredahl; Andrea P. Bredahl; Donald Cameron Byers; Joseph Cappuccino; Shelley R. Jensen; Christine A. Palmer; Eileen C. Nicholson; Anthony J. DeGirolamo; Clear Reef Properties, Ltd.; James A. Card; Rickie A. Clemmons; Timothy Sell; Troy A. Domnick; Lauren K. Domnick; Dean A. Fresonke; Stephanie L. Fresonke; David D. Garner; Stephen M. Tormey; Denise M. Tormey; Tom G. Harvey; Sandra M. Harvey; Thomas K. Hoyer; Bruce L. Freeman; Jill J. Freeman; James W. Jackson; Bernard J. Shaughnessy Jr.; Frederick A. Reeping; James Josephson; Susan C. Kherkher; Thomas E. Lammertse; Mary L. Sipski; Kenneth W. Liles; Patricia M. Liles; Arthur M. Maciag; Alexandria A. Maciag; Doug Smith; R. Victor Taglia; Todd Taliaferro; Maureen Taliaferro; Ronald P. Van; Kathy Jo Van; Anja M. Verhees; and Darryl Willis.  The Simon PLC Plaintiffs are Kevin T. Crawford; David P. Jankowski; and Edward R. Webb.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 29, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and *pro se* Plaintiff Gay Bailey.

December 29, 2016           s/ Dana L. Ballinger

                                  Dana L. Ballinger – Trial Counsel
*Attorney for Ballinger Law Plaintiffs /
Counterclaim Plaintiffs*
Florida Bar No. 35278
BALLINGER LAW OFFICE
747 Windlass Way
Sanibel, Florida 33957
(239) 395-7672
dballinger@ballingerlawoffice.com


*/s/ F. Brett Baccari*
SIMON PLC
F. Brett Baccari
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301

John Polderman (admitted *pro hac vice*)
37000 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304

*Attorneys for Plaintiffs David Jankowski, Kevin Crawford and Edward Webb*