**From:** Triplett, Mac [/O=GINN COMPANY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MTRIPLETT]
**Sent:** Friday, September 17, 2004 8:59:33 AM
**To:** Triplett, Mac
**Subject:** FW: Company History Info.

-----Original Message-----
**From:** Newell, Myles
**Sent:** Thu 9/16/2004 1:52 PM
**To:** Triplett, Mac
**Cc:**
**Subject:** RE: Company History Info.

-----Original Message-----
**From:** Triplett, Mac
**Sent:** Tuesday, September 14, 2004 2:28 PM
**To:** Newell, Myles
**Subject:** Company History Info.

Myles,

You seem to be the keeper of the training files. Other than the info published by Ryan Julison regarding Ginn Company History, do you have anything that I can use for the boot camp training book. I'm trying to have something in a bound book for the sales exec's to be able to take notes and refer back to after the training.. I am also attaching the preliminary agenda. Let me know if you feel there are areas that need to be added/deleted. I would like to get Jim in to the agenda although I think we have covered the goal setting already. I am also trying to get Craig to loan me a Tom Morris tape that he raved about last week. Please advise.

I appreciate your getting involved. Any input is welcome.

Mac Triplett

CONFIDENTIAL
GDC00061903
GINN_BAL_SUPP0218734

Ginn Company Information

One of the most important things to cover in the sales process is
_____.

The two main questions people have are:
   -Does the developer know what he is doing?
   -Does he have the financial stability to pull it off?

Let's see how we can answer those questions.

## 1.  Developer Expertise

The easiest way to show this is the success of our current and past communities.  Not only our sales success but the incredible benefits we have given to the lot owner.

-The Ginn Company is currently the largest _____-owned developers in the state of Florida.  We currently have _____ active/planned projects totaling over _____ acres.

Our Current Projects
-Tesoro                    Port St. Lucie, FL
-Watersong                 Hutchinson Island
-Waterford                 Port St. Lucie
-Tesoro Preserve           Port St. Lucie
-Hammock Beach             Palm Coast, FL
-Yacht Harbor Village      Palm Coast, FL
-Reunion Resort and Club   Orlando, FL
-Bella Collina             Orlando, FL
-Rivertowne                Mt. Pleasant, SC
-University Club           Columbia, SC
-Bahamas                   Grand Bahama Island  (Hutchinson Story)
-St. Thomas                USVI

Planned Projects
-Old Bahama Bay
-Naples
-Cabo San Lucas
-Bulow Plantation
-Hammock beach Country Club
-Jose Park
-Stark Ranch
-Palm Springs, CA
-Charleston, SC (3)
-Vail
-North Carolina

CONFIDENTIAL

-We started our first project in Florida, Hammock Beach, in _____.

-Prior to relocating the company to Florida Bobby was involved with some of the most successful communities on the east coast including:

> Wild Dunes
> Dunes West
> San Destin
> Sea Pines
> Several other properties on Hilton Head

-Some of the things we have learned over the years you can use as an example to customers:

<u>Golf Course Planning</u>-The perception and beauty of the golf course drives real estate values.  Harbour Towne Analogy.

<u>Plan Operations up front</u>-We stay and operate all of our communities after all the real estate is sold.  Therefore much care and planning is put into place when planning our communities.  Completely different than most developers.

<u>Over-Deliver on Expectations</u>-This is a common promise by developers but in our case this is inarguably true. Hammock Beach Analogy.  Resales-Ginn Groupies.

Treat Initial Owners as Partners-The people that buy at our initial launches we see as buying into our plan and our vision and putting their money behind that belief.  In return for their faith in us we always "leave a little on the table" as an added benefit with those that invest with us.

<u>Conservative Approach Development</u>-Sell lots first.  Get safe.  Then sell shelter.

<u>We are a fully integrated company</u>-Every moving part is controlled by us which allows to move in harmony and light years faster than any other developer out there.

CONFIDENTIAL

GDC00061905
GINN_BAL_SUPP0218736

## 2. Financial Stability

-The Ginn Company has generated close to 1 Billion Dollars in Sales Revenue in 2004 alone. Our sales success over the past 5 years and our conservative fiscal policy has led us to become extremely stable.

-Another huge reason for our stability is our partnership with the Lubert-Adler Fund.

Lubert-Adler

Lubert-Adler is Lubert-Adler is a family of four real estate equity funds co-founded by Ira M. Lubert and Dean S. Adler. Lubert and Adler collectively share over 50 years experience in real estate, primarily employing value-added redevelopment strategies.
The Lubert-Adler funds have invested across multiple platforms throughout the United States. By focusing on value creation and enhancement strategies in conjunction with local partners, Lubert-Adler seeks to create assets which enjoy competitive cost advantages in their respective markets.

**Real Estate Investment Platforms**
For Lubert-Adler, value creation is realized through the acquisition and redevelopment of well-located properties in markets that present high barriers-to-entry. Lubert-Adler fortifies this strategy by establishing entrepreneurial partnerships with local operators who offer local market knowledge, expertise and specialization. Through these arrangements, Lubert-Adler believes it can buy and redevelop more advantageously, producing assets which enjoy competitive cost advantages.
Lubert-Adler seeks opportunities in the following platforms:

- Multifamily
- Retail
- Office
- Preferred Equity

- Resort Residential
- Hospitality
- Industrial
- Unique Opportunities

**Lubert-Adler Real Estate Funds**
Lubert-Adler currently manages four real estate funds.

Dollar Amounts are approximate:

- Lubert-Adler Real Estate Fund I — Founded 1997- $135,000,000
- Lubert-Adler Real Estate Fund II — Founded 1998- $300,000,000
- Lubert-Adler Real Estate Fund III — Founded 2000- $500,000,000
- Lubert-Adler Real Estate Fund IV — Founded 2003 -$1,000,000,000

How are they involved?

-Lubert Adler owns 50% of Ginn Development Company. They also own 80% of each project we develop.

-Having an association w/ Lubert Adler allows us to have a competitive advantage over many developers due to our access to funds. (Reunion Story)

-Investors in the fund include: Harvard, Yale, Penn, Stanford, Duke and many other Universities. NY Metropolitan Museum of Art, Pennsylvania State Teachers Retirement Fund, and many others. The conservative nature of these groups speaks volumes about their confidence in Lubert-Adler and the Ginn Company.

CONFIDENTIAL