UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BAHAMAS SALES ASSOCIATE, LLC,

Plaintiff,

v.                                                    Case No: 3:08-cv-1012-J-32JRK

DONALD CAMERON BYERS,

Defendant.
_____

DONALD CAMERON BYERS,

Counterclaim Plaintiff,

v.

BAHAMA SALES ASSOCIATE, LLC, et al.,

Counterclaim Defendants,

v.                                                    Case No: 3:08-cv-1012-J-32JRK

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON, subscribing to
Policy Numbers MBB0651789A07,
MBB0751789A08, MBB0851789A09,
and MBB1051789A10, and NUTMEG
INSURANCE COMPANY,

Third Party Defendants.
_____

**NOTICE OF FINALIZATION AND EXECUTION OF
SETTLEMENT AGREEMENT AND FIFTH CONSENT MOTION FOR
EXTENSION OF TIME TO FILE JOINT STIPULATION OF DISMISSAL**

Third-Party Plaintiffs and Third-Party Defendant Nutmeg Insurance Company ("Nutmeg") hereby notify the Court that the parties have finalized and executed the settlement agreement in this case. Notwithstanding the finalization and execution of the settlement agreement, to allow sufficient time for the payment to be made pursuant to the terms of the agreement, and prior to dismissal, Third-Party Plaintiffs move for a fifth extension of the parties' deadline to file a joint stipulation of dismissal or other appropriate documents ("Deadline"), stating as follows:

1.     Third-Party Plaintiffs and Nutmeg, with the assistance of mediator Terrence White, recently finalized and executed the settlement agreement.

2.     The settlement agreement allows Nutmeg up to thirty days (until December 30, 2019) to make payment. Pursuant to the terms of the settlement agreement, the parties shall file a joint stipulation of dismissal within five business days of receipt of payment by Third-Party Plaintiffs. Because the parties have five business days after receipt of payment to file the dismissal, the Court should set the Deadline to allow thirty days for payment and five business days for filing of the stipulation of dismissal.

3.     Accordingly, Third-Party Plaintiffs move the Court to extend the Deadline by thirty-seven days, through and including **January 8, 2020**.

## MEMORANDUM OF LAW

Rule 6(b)(1) states, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires." The standard is a liberal one, and "an application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party

1

seeking relief or prejudice to the adverse party." 4B Charles Alan Wright, et al., Fed. Prac. & Proc., § 1165 at 605, 608 (2015).

In addition, the Court stated in its Order that "**if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.**" Order dated July 16, 2019, Doc. 605, at 2 (emphasis in original).

Accordingly, Third-Party Plaintiffs make this request in good faith for an additional thirty-seven days for the parties to arrange for payment and file a joint stipulation of dismissal or other appropriate documents. No prejudice would result to Nutmeg, as evidenced by Nutmeg's consent.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Third-Party Plaintiffs' counsel conferred with Nutmeg's counsel regarding the relief sought in this motion prior to filing. Nutmeg's counsel consents to the relief sought herein.

SMITH HULSEY & BUSEY

By:   */s/ Joseph W. Rogan*
         Stephen D. Busey
         Joseph W. Rogan

Florida Bar Number 117790
Florida Bar Number 111731
One Independent Drive, Suite 3300
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com
jrogan@smithhulsey.com

Lawrence H. Kunin, Esq.
Florida Bar No. 050210
Robert P. Alpert, Esq. (admitted *pro hac vice*)
Georgia Bar No. 013635

2

MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia  30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532
lhk@mmmlaw.com
rpa@mmmlaw.com

*Counsel for Ginn Financial Services, LLC,
Bahamas Sales Associate, LLC, Edward R.
Ginn, III and ERG Enterprises, LP*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

                                                                     */s/ Joseph W. Rogan*
                                                                              Attorney