**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BAHAMAS SALES ASSOCIATE, LLC,

Plaintiff,

v. Case No: 3:08-cv-1012-J-32JRK

DONALD CAMERON BYERS,

Defendant.

---

DONALD CAMERON BYERS,

Counterclaim Plaintiff,

v.

BAHAMA SALES ASSOCIATE, LLC, et al.,

Counterclaim Defendants,

v. Case No: 3:08-cv-1012-J-32JRK

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, subscribing to Policy Numbers MBB0651789A07, MBB0751789A08, MBB0851789A09, and MBB1051789A10, and NUTMEG INSURANCE COMPANY,

Third Party Defendants.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Third-Party Plaintiffs Ginn Financial Services, LLC, Bahamas Sales Associate, LLC, Edward R. Ginn, III, and ERG Enterprises, L.P. ("Third-Party Plaintiffs") and Third-Party Defendant Nutmeg Insurance Company ("Nutmeg"), by and through undersigned counsel, stipulate to the dismissal with prejudice of the claims by Third-Party Plaintiffs against Nutmeg in the above-captioned action, with each party to bear its own fees and costs.

SMITH HULSEY & BUSEY

By: *___/s/ Joseph W. Rogan___*
Stephen D. Busey
Joseph W. Rogan

Florida Bar Number 117790
Florida Bar Number 111731
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com
jrogan@smithhulsey.com

Lawrence H. Kunin, Esq.
Florida Bar No. 050210
Robert P. Alpert, Esq. (admitted *pro hac vice*)
Georgia Bar No. 013635
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532
lhk@mmmlaw.com
rpa@mmmlaw.com

*Counsel for Ginn Financial Services, LLC, Bahamas Sales Associate, LLC, Edward R. Ginn, III and ERG Enterprises, LP*

TRESSLER LLP

*/s/ Michael R. Delhagen*
Michael R. Delhagen, Esq. (admitted *pro hac vice*)
New York Bar No. 2775518
One Penn Plaza, Suite 4701
New York, New York 10119
Telephone: (646) 833-0900
Facsimile: (646) 833-0877
mdelhagen@tresslerllp.com

*Counsel for Nutmeg Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

*/s/ Joseph W. Rogan*
Attorney