# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BAHAMAS SALES ASSOCIATE, LLC,

    Plaintiff,

v.                                        Case No. 3:08-cv-1012-J-32JRK

DONALD CAMERON BYERS,

    Defendant

---

DONALD CAMERON BYERS,

    Counterclaim Plaintiff,

v.

BAHAMAS SALES ASSOCIATE, LLC, et al.,

    Counterclaim Defendants

v.                                        Case No. 3:08-cv-1012-J-32JRK

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, subscribing to Policy Numbers MBB0651789A07, MBB0751789A08, MBB0851789A09, and MBB1051789A10, and NUTMEG INSURANCE COMPANY,

    Third Party Defendants

## **O R D E R**

Upon review of Joint Stipulation of Dismissal With Prejudice (Doc. 616), filed on January 7, 2020, the case between Third Party Plaintiffs Ginn Financial Services, LLC, Bahamas Sales Associate, LLC, Edward R. Ginn, III, and ERG Enterprises, L.P. and Third Party Defendant Nutmeg Insurance Company is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of January, 2020.

                                                                                  TIMOTHY J. CORRIGAN
                                                                                  United States District Judge

sej
Copies:

Counsel of record